IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

| | |
|---|---|
| YISROEL WEINGOT and<br>SURI WEINBERGER a/k/a SURI WEINGOT,<br><br>                Plaintiffs,<br><br>  -against-<br><br>UNISON AGREEMENT CORP., REAL<br>ESTATE EQUITY EXCHANGE INC., ODIN<br>NEW HORIZON REAL ESTATE FUND LP,<br>and AXIS APPRAISAL MANAGEMENT<br>SOLUTIONS,<br><br>              Defendants. | Case No. 2:21-cv-4542<br><br>(Removed from the Supreme Court of the State of New York, County of Nassau, Index No. 606808/2021)<br><br>**RULE 7.1 STATEMENT** |

------------------------------------------------------------ X

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Unison Agreement Corp. certifies that the following are corporate parents, affiliates and/or subsidiaries of said party: Unison Agreement Corp. is a wholly owned subsidiary of Real Estate Equity Exchange, Inc., which is a corporation organized and existing under the laws of Delaware and has a financial interest in the subject matter in controversy or in a party to the proceeding. None of these entities are publicly held.

Dated: August 12, 2021
       New York, NY

Respectfully submitted,

**McGuireWoods LLP**

By:   */s/ Lindsay Brandt Jakubowitz*
       Lindsay Brandt Jakubowitz
       McGuireWoods LLP
       1251 Avenue of the Americas, 20th Floor
       New York, New York 10020-1104
       (212) 548-2100
       LJakubowitz@mcguirewoods.com

       *Attorneys for Unison Agreement Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of August, 2021, I caused a true and correct copy of the foregoing Rule 7.1 Statement by Defendant Unison Agreement Corp. to be filed electronically with the Clerk of the Court using the Court's CM/ECF System and to be duly served upon the following via electronic mail and Federal Express overnight mail, postage prepaid:

Charles Wertman, Esq.
Law Office of Charles Wertman P.C.
100 Merrick Road, Suite 304W
Rockville Centre, NY 11570
charles@cwertmanlaw.com

*Attorneys for Plaintiffs*

*/s/ Lindsay Brandt Jakubowitz*
Lindsay Brandt Jakubowitz

*Attorneys for Unison Agreement Corp.*