IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------

YISROEL WEINGOT and
SURI WEINBERGER a/k/a SURI WEINGOT,

Plaintiffs,

-against-

UNISON AGREEMENT CORP.,
REAL ESTATE EQUITY EXCHANGE INC.,
ODIN NEW HORIZON REAL ESTATE FUND LP,
and AXIS APPRAISAL MANAGEMENT SOLUTIONS,

Defendants.

---------------------------------------------------------

Case No. 2:21-cv-04542-JS-AYS

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 56**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law in support of Defendants Unison Agreement Corp., Real Estate Equity Exchange, Inc., and Odin New Horizon Real Estate Fund, LP's (collectively, "Defendants") motion for summary judgment, or alternatively, partial summary judgment on Plaintiffs Yisroel Weingot and Suri Weinberger a/k/a Suri Weingot ("Plaintiffs") amended complaint, Defendants' Statement of Material Facts Pursuant to Local Civil Rule 56.1(a) filed on July 29, 2024 [ECF No. 57-1], Declaration of Theodor Haugen in support of Defendants' Pre-Motion Conference Request to File a Motion for Summary Judgment or Alternatively Partial Summary Judgment filed on July 29, 2024 [ECF No. 57-2], Declaration of Alexander J. Gershen in support of Defendants' Pre-Motion Conference Request to File a Motion for Summary Judgment or Alternatively Partial Summary Judgment filed on July 29, 2024 [ECF No. 57-3], the corresponding exhibits C-FF filed concurrently with Defendants'

pre-motion conference request [ECF Nos. 57-3–57-33], the complete files and records in this action, and upon such other matters as the Court may allow, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, and pursuant to the Individual Rules and Practices of Hon. Joanna Seybert and Local Civil Rule 56(a)(1), Defendants move this Court, before the Honorable Joanna Seybert, at the Alfonse M. D'Amato Federal Building, U.S. District Court, 100 Federal Plaza, Courtroom 1030, Central Islip, New York 11722 for an order granting Defendants' motion for summary judgment, or alternatively, granting partial summary judgment on Plaintiffs' amended complaint, dismissing Plaintiffs' amended complaint with prejudice, and the entry of a final judgment of dismissal entered against Plaintiffs and in favor of Defendants.

Dated: October 31, 2024

Respectfully submitted,

**SCALE LLP**

By:*/s/ Alexander J. Gershen*

Alexander J. Gershen [admitted pro hac vice]
Scale LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 735-5933
agershen@scalefirm.com

Attorney for Defendants Unison Agreement Corp., Real Estate Equity Exchange, Inc., and Odin New Horizon Real Estate Fund L.P.