IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------

YISROEL WEINGOT and
SURI WEINBERGER a/k/a SURI WEINGOT,

Plaintiffs,

-against-

UNISON AGREEMENT CORP.,
REAL ESTATE EQUITY EXCHANGE INC.,
ODIN NEW HORIZON REAL ESTATE FUND LP,
and AXIS APPRAISAL MANAGEMENT
SOLUTIONS,

Defendants.

---------------------------------------------------------

Case No. 2:21-cv-04542-JS-AYS

**PROOF OF SERVICE**

Alexander J. Gershen (*admitted pro hac vice*)
Jamie D. Wells (*admitted pro hac vice*)
SCALE LLP
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: 415.735.5933
agershen@scalefirm.com
jamie.wells@scalefirm.com

Attorneys for Defendants Unison Agreement Corp,
Real Estate Equity Exchange Inc., and Odin New
Horizon Real Estate Fund L.P.

# PROOF OF SERVICE

I am employed by Scale LLP and my business address is 548 Market Street, Suite 86147, San Francisco, CA 94104. I am over the age of eighteen years and not a party to the within action.

On October 31, 2024, I served the following document(s) on the interested parties in this action by electronic delivery to the following address:

- **Defendants' Notice of Motion for Summary Judgment, or Alternatively, Partial Summary Judgment on Plaintiffs' Amended Complaint**
- **Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, or Alternatively, Partial Summary Judgment on Plaintiffs' First Amended Complaint**
- **Defendants' Statement of Material Facts Pursuant to Local Civil Rule 56.1(a), ECF No. 57-1**
- **Declaration of Theodor Haugen in support of Defendants' Pre-Motion Conference Request to File a Motion for Summary Judgment or Alternatively Patrial Summary Judgment, ECF No. 57-2**
- **Declaration of Alexander J. Gershen in support of Defendants' Pre-Motion Conference Request to File a Motion for Summary Judgment or Alternatively Patrial Summary Judgment, ECF No. 57-3**
- **Exhibits. C through FF, ECF No. 57-4-57-33**

Charles Wertman, Esq.
Law Offices of Charles Wertman P.C.
100 Merrick Road, Suite 304W
Rockville Centre, New York 11570
(516) 284-0900
charles@cwertmanlaw.com
paralegal@cwertmanlaw.com

Elliot J. Blumenthal, Esq.
Law Offices of Elliot J. Blumenthal, PLLC
483 Chestnut Street
Cedarhurst, New York 11516
Tel. (516) 295-0903
elliot@eblumenthallaw.com

**Attorneys for Plaintiffs Yisroel Weingot and Suri Weinberger a/k/a Suri Weingot**

**BY ELECTRONIC TRANSMISSION:** I served the document(s), on a party or other person, by either electronic transmission or electronic notification, by electronic means to the electronic service address at or through which a party or other person has authorized electronic service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 31, 2024, at Santa Cruz County, CA

*/s/ Nicole Baldocchi*_________
Nicole Baldocchi