**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CIVIL CONFERENCE**
**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS
U.S. MAGISTRATE JUDGE

DATE: 9/8/26
TIME: 10:30 AM
FTR: 10:37-1:56

CASE: **CV21-4542-JS-AYS-** Weingot et al v. Unison Agreement Corp. et al

TYPE OF CONFERENCE: Settlement

APPEARANCES:

Plaintiff: Elliot Blumenthal

Defendant: Jamie Wells and Alexander Gershen

**THE FOLLOWING RULINGS WERE MADE:**
Conference held. Case settled.