THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------

YISROEL WEINGOT and
SURI WEINBERGER a/k/a SURI WEINGOT,

Plaintiffs,

-against-

UNISON AGREEMENT CORP.,
REAL ESTATE EQUITY EXCHANGE INC.,
ODIN NEW HORIZON REAL ESTATE FUND LP,
and AXIS APPRAISAL MANAGEMENT
SOLUTIONS,

Defendants.

---------------------------------------------------------

Case No. 2:21-cv-04542-JS-AYS

**<u>JOINT STATUS REPORT REGARDING SETTLEMENT</u>**

Alexander J. Gershen (*admitted pro hac vice*)
Jamie D. Wells (*admitted pro hac vice*)
SCALE LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: 415.735.5933
agershen@scalefirm.com
jamie.wells@scalefirm.com

Attorneys for Defendants Unison Agreement Corp,
Real Estate Equity Exchange, Inc., and Odin New
Horizon Real Estate Fund L.P.

Plaintiffs Yisroel Weingot and Suri Weinberger a/k/a Suri Weingot ("Plaintiffs") and Defendants Unison Agreement Corp. ("Unison") and Odin New Horizon Real Estate Fund L.P. ("Odin New Horizon") ("Defendants")[1] (together, "the Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's September 10, 2026 Order (the "Order") to apprise the Court of the procedural posture of the settlement in this action.

Certain conditions required under the terms of the settlement must be satisfied before the Parties can file a stipulation of dismissal, and the Parties anticipate that those conditions will require approximately 120 days to be met. The Parties therefore respectfully request that the Court permit them to file a stipulation of dismissal, or a further status report if the stipulation of dismissal has not been filed, within 120 days of the date of this Joint Status Report.

Dated: October 16, 2026


**LAW OFFICES OF**
**CHARLES WERTMAN P.C.**

By: /s/ Charles Wertman
Charles Wertman
100 Merrick Road, Suite 304W
Rockville Centre, NY 11570
Telephone: 516.284.0900
charles@cwertmanlaw.com

**LAW OFFICES OF**
**ELLIOT J. BLUMENTHAL, PLLC**

By: /s/ Elliot J. Blumenthal
Elliot J. Blumenthal
483 Chestnut Street
Cedarhurst, NY 11516
Telephone: 516.295.0903
elliot@eblumenthallaw.com

*Counsel for Plaintiffs Yisroel Weingot and Suri Weinberger a/k/a Suri Weingot*

**SCALE LLP**

By: /s/ Jamie D. Wells
Jamie D. Wells (*admitted pro hac vice*)
Alexander J. Gershen
2261 Market Street, Ste 85604
San Francisco, CA 94114
Telephone (415) 735-5933
agershen@scalefirm.com
jamie.wells@scalefirm.com

*Counsel for Defendants Unison Agreement Corp., Real Estate Equity Exchange, Inc., and Odin New Horizon Real Estate Fund L.P.*


[1] The court dismissed all claims against Real Estate Equity Exchange Inc. ECF Nos. 54, 84.